UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re CALVIN S. LYNN,

          Plaintiff

No. C 14-4016 PJH (PR)

**ORDER OF DISMISSAL**

          This case was opened when plaintiff wrote a letter to the court regarding his conviction and the procedures of Sacramento Superior Court. In an effort to protect his rights, it was filed as a new case. Plaintiff was informed that he had not filed a complaint and was given twenty-eight days to do so. He also was sent a notice that he had not paid the filing fee or applied for leave to proceed in forma pauperis ("IFP"); again, he was allowed twenty-eight days to either pay the fee or file the application. A copy of the court's form for applications to proceed IFP was provided with the notice, along with a return envelope.

          Plaintiff has not filed a complaint or an IFP application. This case is therefore **DISMISSED** without prejudice. No fee is due. The clerk shall close the file.

          **IT IS SO ORDERED.**

Dated: October 20, 2014.

                                                PHYLLIS J. HAMILTON
                                                United States District Judge

G:\PRO-SE\PJH\CR.14\Lynn4016.dsm-ifp.wpd